UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
RIFKA RENEE ELIAS, :
:
:
Plaintiff, :
: 19-CV-11411 (JMF)
-v- :
: ORDER
CITY OF NEW YORK, et al., :
:
:
Defendants. :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

It has come to the Court's attention that, although an attorney volunteered to represent Plaintiff, who is proceeding *pro se*, for purposes of mediation, Plaintiff declined that attorney's pro bono representation and may be under the impression that the Court has renewed its efforts to find her counsel. Because volunteer attorneys are a scare resource, *pro se* litigants are not entitled to their choice of counsel. *Cf. Cooper v. A. Sargenti Co., Inc.*, 877 F.2d 170, 172-73 (2d Cir. 1989). Accordingly, Plaintiff's only options are to obtain counsel on her own or to proceed *pro se* in all aspects of this matter, including mediation. **By June 29, 2020**, Plaintiff shall inform the Court whether she has obtained counsel on her own or whether she consents to appearing *pro se* for mediation. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: June 1, 2020          _____
       New York, New York            JESSE M. FURMAN
                                     United States District Judge