UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
RIFKA RENEE ELIAS,                                              :
:
:
Plaintiff,                            :
:   19-CV-11411 (JMF)
-v-                                                              :
:   ORDER
CITY OF NEW YORK, et al.,                                        :
:
:
Defendants.                           :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The parties are advised that the Court received the attached correspondence from Plaintiff.  If or when Plaintiff has retained counsel, such counsel should promptly enter a notice of appearance on docket.  Until then, Plaintiff remains an unrepresented litigant and, therefore, is not permitted to e-mail or otherwise contact the Court directly.  Instead, pursuant to the Court's Individual Rules and Practices in Civil *Pro Se* Cases, a copy of which is attached to this Order, all communications with the Court by an unrepresented party must be delivered or mailed to the *Pro Se* Office, United States Courthouse, 500 Pearl Street, Room 200, New York, New York 10007.  No documents or court filings should be sent directly to Chambers.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: June 30, 2020
New York, New York                              _____
JESSE M. FURMAN
United States District Judge

**Furman NYSD Chambers**

| | |
|---|---|
| **From:** | renee elias <relias120@gmail.com> |
| **Sent:** | Friday, June 26, 2020 11:16 AM |
| **To:** | Furman NYSD Chambers |
| **Cc:** | Mseepers@law.nyc.gov |
| **Subject:** | Rifka Renee Elias Docket#19-CV-11411 |

Rifka Renee Elias
1275 East 5 Street  Apt 6G
Brooklyn, NY  11230

June 24, 2020

Honorable Judge Jesse Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

Re: Rifka Renee Elias
           -V-
NYC Health+Hospital Corporation

Docket # 19-CV-11411 (JMF)

Dear Honorable Judge Furman,

I am the Plaintiff in the above action.
I am responding to Your Honor's letter. Please be advised that I am in the process of retaining a private attorney
to represent me solely for purposes of mediation.

In response to Corporation Counsel's letter to Your Honor of June 22, 2020,
I have no objection to defendant's request for an extension of time.

Please accept this letter by email. Unfortunately, I have no access to
a printer.

Thank you for your consideration.

Very truly yours,
Rifka Renee Elias


cc: Monaliza Seepersaud
    Assistant Corporation Counsel



Sent from my iPhone