THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

RIFKA RENEE ELIAS                                         Case No.: 19-CV-11411 (JMF)

                          Plaintiff,

                                                         **Notice of Motion**

      -against-

CITY OF NEW YORK, *et al.*,

                        Defendants.
----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed memorandum of law, the annexed declaration of Jesse C. Rose, Esq., and all prior proceedings had herein, a motion will be made before the Honorable Judge Jesse M. Furman, to be held at the United States Courthouse located Courtroom 1105, at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order:

    a)    Granting Plaintiff's counsel, The Rose Law Group, PLLC, leave to withdraw as counsel for the Plaintiff in this action, pursuant to Local Rule 1.4.

Dated: Astoria, New York
         September 27, 2021

                                                    **The Rose Law Group, PLLC**

                                                       /s/Jesse C. Rose
                                                Jesse C. Rose
                                                *Attorney for Plaintiff*
                                                3272 Steinway St; Suite 503
                                                Astoria, New York 11103
                                                (718) 989-1864
                                                JRose@theroselawgroup.com

To:    Rifka Renee Elias (Via Email & US Mail & Priority Mail)
         Angela M. Wanslow, Esq. (Via ECF)