UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RIFKA RENEE ELIAS,

                Plaintiff,                          19-CV-11411 (JMF)

       -v-                                             <u>ORDER</u>

CITY OF NEW YORK et al.,

                Defendants.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On September 27, 2021, counsel for Plaintiff, Jesse C. Rose, filed a motion to withdraw as Plaintiff's counsel.  *See* ECF No. 44.  By **October 4, 2021**, Plaintiff's counsel shall serve (1) the motion and any supporting documents and (2) a copy of this Order on his client, and by **October 7, 2021**, file proof of such service on the docket.  *See* S.D.N.Y. Local Rule 1.4.

       Any opposition to the motion to withdraw — by Ms. Elias or Defendants — shall be filed by **October 7, 2021**; any reply shall be filed by **October 13, 2021**.  Unless and until the Court resolves the motion, **discovery is hereby stayed**, and the pretrial conference currently scheduled for October 19, 2021, *see* ECF No. 43, is hereby adjourned *sine die*.  The Court will set a new discovery deadline and pretrial conference date after resolving the motion.

       If Plaintiff has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

       SO ORDERED.

Dated: September 30, 2021
       New York, New York                                                                JESSE M. FURMAN
                                                                            United States District Judge