UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
RIFKA RENEE ELIAS,                                                  :
                                                                    :
                                    Plaintiff,                      :        19-CV-11411 (JMF)
                                                                    :
             -v-                                                    :            ORDER
                                                                    :
CITY OF NEW YORK et al.,                                            :
                                                                    :
                                                                    :
                                    Defendants.                     :
                                                                    :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On November 8, 2021, the Court received a letter from Plaintiff Rifka Elias, requesting an extension of time to find new counsel and to remove the attorney legal fee lien asserted by her former counsel, Jesse Rose.  *See* ECF No. 57.  The stay of these proceedings is hereby extended to **January 10, 2022**, to allow Plaintiff to find new counsel.  Plaintiff's request with respect to the lien is denied as premature, as the Court has not been called upon to fix or enforce any lien.

        No later than **November 17, 2021**, Plaintiff shall file a letter confirming **her address of record**, as there is a discrepancy between the address on the docket and the address provided by former counsel at ECF No. 56.  As long as she is proceeding *pro se* — that is, without counsel — it is Plaintiff's obligation to ensure that her address is kept up to date to ensure timely receipt of the Court's Orders.  Failure to do so could result in dismissal.

        In light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings as PDFs by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Instructions for filing documents by email are attached to this Order.  Pro se parties who are unable to use email may still submit documents by regular mail to the Pro Se Office, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007, or in person at the drop box located at the U.S. Courthouse at 500 Pearl Street.  In either case, however, there may be significant delays before such filings are received and/or docketed.

        If a *pro se* party wishes to receive communications electronically, they are encouraged to fill out the attached consent form and to return it to the Pro Se Intake Unit.

        A *Pro Se* Law Clinic recently opened in this District to assist people who are parties in civil cases and do not have lawyers.  It is separate from the *Pro Se* Intake Unit.  The Clinic may be able to provide Plaintiff with advice in connection with the case.  The *Pro Se* Law Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or

run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person or by calling 212-659-6190.

To ensure that Plaintiff receives this Order, defense counsel shall **email a copy to Plaintiff** at the email address included in her letter at ECF No. 57 (Relias120@gmail.com) and, no later than November 12, 2021, file proof of such service with the Court.

The Clerk of the Court is directed to mail a copy of this Order to Plaintiff, at both the address on the docket and the address disclosed by Mr. Rosen at ECF No. 56.

SO ORDERED.

Dated: November 10, 2021
         New York, New York

_____
JESSE M. FURMAN
United States District Judge

**United States District Court**
**Southern District of New York**
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.



**United States District Court**
**Southern District of New York**
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

### Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

_____
Name (Last, First, MI)

_____
Address                City                State                Zip Code

_____
Telephone Number                E-mail Address

_____
Date                Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007