UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
RIFKA RENEE ELIAS, :
:
Plaintiff, :
:
-v- : 19-CV-11411 (JMF)
:
CITY OF NEW YORK et al., : <u>ORDER OF DISMISSAL</u>
:
Defendants. :
:
--------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

    The Court received the attached email from Plaintiff, *pro se*, on January 9, 2022, advising that all claims asserted herein have been settled in principle. Accordingly, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(B) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case and to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated: January 10, 2022
       New York, New York

                                                            _____
                                                                JESSE M. FURMAN
                                                           United States District Judge

## Furman NYSD Chambers

**From:** renee elias
**Sent:** Sunday, January 9, 2022 6:36 PM
**To:** Furman NYSD Chambers
**Cc:** Judge Jesse Furman; Temporary Pro Se Filing NYSD
**Subject:** Rifka Renee Elias - Court Date Jan 10, 2022

**CAUTION - EXTERNAL:**

January 7, 2022

United States District Court
Southern District of New York
Honorable Judge Jesse Furman
40 Foley Square, Room 2202
New York, N Y 10007

Re: Rifka Renee Elias
    -V-
NYC Health+ Hospital Corp

Docket # 19-CV-11411 (JMF)

Court Date: January 10, 2022

Honorable Judge Jesse Furman,
Thank you for adjourning court date until January 10, 2022. During this interim period we negotiated our Settlement agreement.

Please be advised, on December 17, 2021, the Plaintiff of Docket #19-CV-11411, I, Rifka Renee Elias, Signed the Settlement Agreement, but I am still awaiting for the signature of Defendant' attorney Ms. Angela Wanslow. We will further notify the Court when the Settlement is finalized.

I appreciate Your Honor's kind consideration to my situation. Thank you!

Respectfully,
Rifka Renee Elias (Pro-Se)

1

Email: ███████████

CC: Angela M. Wanslow, Esq
CC: Paul Bartels, Esq
CC: Pro-Se Office

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.