UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RIFKA RENEE ELIAS, :
:
:
Plaintiff, :
: 19-CV-11411 (JMF)
-v- :
: ORDER
CITY OF NEW YORK et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Yesterday, the Court received the attached email directly from Plaintiff, who is proceeding without counsel, requesting that the Court file the parties' settlement agreement "on record' but for it to "remain confidential." Today, Plaintiff called the Court and left a voicemail inquiring about the matter.

      Plaintiff is reminded that, as an unrepresented party, she may not contact the Court directly — by email, telephone, or otherwise. All submissions and communications must be made through the *Pro Se* Intake Unit, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007.

      Additionally, as stated in the Court's Individual Rules and Practices in Civil Cases, Rule 4(B), the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish for the Court retain jurisdiction to enforce a settlement agreement, they must place the terms of the agreement on the public record. The parties shall confer and advise the Court, by letter, no later than **February 17, 2022**, if they wish for the Court to endorse and docket the agreement.

      The Clerk of Court is directed to mail this Order to Plaintiff. Defendant is directed to email a copy of this Order to Plaintiff and promptly file proof of such service.

      SO ORDERED.

Dated: February 4, 2022
      New York, New York
                                                         JESSE M. FURMAN
                                                   United States District Judge

| | |
|---|---|
| **From:** | renee elias |
| **To:** | Furman NYSD Chambers |
| **Cc:** | Temporary Pro Se Filing NYSD |
| **Subject:** | Rifka Elias v. H+H Corp - Fully Executed Settlement Agreement Date Sign: Jan 31, 2022 |
| **Date:** | Thursday, February 3, 2022 6:12:02 PM |
| **Attachments:** | 12331254_1.PDF |

**CAUTION - EXTERNAL:**

**Subject: Rifka Elias v. H+H Corp - Fully Executed Settlement Agreement Date Sign:Jan 31, 2022**

February 3, 2022

United States District Court

Southern District of New York
Honorable Judge Jesse Furman
40 Foley Square, Room 2202
New York, New York 10007

Rifka Renee Elias

-V-

NYC Health+Hospital Corp

Re: Docket # 19-CV-11411 (JMF)

Settlement Agreement Finalized
Date Signed: January 31, 2022

Honorable Judge Jesse Furman,

On January 31, 2022, Ms Angela Wanslow, Defendant's Attorney, Signed our finalised Settlement Agreement

and fully executed.

Also, I, Rifka Renee Elias, Plaintiff of Case 19-CV-11411 Signed on January 26, 2022 the updated Settlement Agreement.
Please review attach document.

I would appreciate if the Court shall File the "Settlement Agreement" on Record and

for it to remain confidential.

Any questions contact me.

Please Confirm Received the Signed Settlement Agreement document. Thank you!

Respectfully,
Rifka Renee Elias (Pro-Se)
Email:

CC: Angela M. Wanslow, Esq
CC: Paul Bartels, Esq
CC: Pro-Se Office

> **From:** "Wanslow, Angela (Law)"
> **Date:** January 31, 2022 at 11:20:07 AM EST
> **To:** renee elias
> **Cc:** Paul Bartels
> **Subject: Elias v. H+H - Fully Executed Settlement Agreement**
>
> Good morning Ms. Elias,
>
> I have countersigned the agreement and it is attached here.
>
> Best,

**Angela M. Wanslow**
Assistant Corporation Counsel
New York City Law Department
Labor & Employment Law Division
100 Church Street, Room 2-184
New York, New York 10007
(212) 356-2441
Cell ▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉

Pronouns: *she/her/hers*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.